IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:04-cr-00006-MP-AK

DENNIS BUTLER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 478, Unopposed Motion to Continue Sentencing Hearing as to Dennis Butler, filed by the government. The motion is granted, and the sentencing is hereby reset for August 18, 2005 at 10:00 a.m.

**DONE AND ORDERED** this  *18th*  day of May, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge